THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMAICA HOTEL SUPPLY, INC., Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens [County of Queens], convicting it of the crime of violating section 163 of the Sanitary Code of the Department of Health of the City of New York (possession of unwholesome and unsafe meat). Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BROOKLYN UNION GAS COMPANY, Respondent, v. WILLIAM STANLEY MILLER and Others, Commissioners of Taxes and Assessments, Constituting the Board of Taxes and Assessments, Head of the Department of Taxes and Assessments of The City of New York, Appellants. — Final order granting relator's motion for judgment on the pleadings, pursuant to rule 112, Rules of Civil Practice, in a certiorari proceeding to review the assessment for the year 1936 on seventeen parcels of real property owned by the relator, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

EVELYN SCHUBERT, Plaintiff, v. FRADELE's, INC., Defendant, Respondent (By way of original summons), and MAX ALTMAN, Doing Business as the CLEAN RITE WINDOW CLEANING COMPANY, Defendant Impleaded (By way of supplemental summons), and JACOB ALTNEU, Doing Business as CRYSTAL WINDOW CLEANING Co., Defendant Impleaded, Appellant (By way of supplemental summons).— Defendant Altneu appeals from an order denying his motion to vacate an ex parte order dated September 15, 1939, to vacate service of the supplemental summons and reamended answer of defendant Fradele's, Inc., and to dismiss the cross-pleading contained in said reamended answer. Order affirmed, with ten dollars costs and disbursements, with leave to appellant to reply to the cross-pleading contained in the reamended answer of defendant Fradele's, Inc., within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

RUTH STAFFORD, Respondent, v. THOMAS E. MURRAY, as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Action to recover damages for personal injuries. Defendant appeals from an order amending the plaintiff's complaint so as to increase the amount of damages demanded, and transferring the cause from the City Court of the City of New York, County of Richmond, to the Supreme Court, Richmond county. Order affirmed, with ten dollars costs and disbursements, on condition that within ten days from the entry of the order hereon plaintiff consent to submit to a further physical examination by defendant's physicians, the time and place of such examination to be agreed upon by the parties; otherwise order reversed on the law and the facts, without costs, and motion denied, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.